CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMAL JENKINS HEATH, | ) | |
| Petitioner, | ) | Civil Action No. 7:09cv00042 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**; the above referenced motion pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 24th day of August, 2009.

United States District Judge